# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE ) <br> CAPITAL ONE TELEPHONE ) <br> CONSUMER PROTECTION ACT ) <br> LITIGATION ) | Master Docket No. 1:12-cv-10064 <br> MDL No. 2416 |
| This document relates to: ) <br> ) <br> AIMEE HARTMAN, ) <br> ) <br> v. ) <br> ) <br> CAPITAL ONE SERVICES, LLC. ) | Case No: 1:13-cv-2117 |

## AGREED ORDER TO DISMISS CLAIMS WITH PREJUDICE

Pursuant to the Corrected Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Aimee Hartman v. Capital One Services, LLC.* is dismissed in its entirety, with prejudice, each party bearing its own attorney fees and costs, pursuant to Fed. R. Civ. P. 41(a).

Dated: June 6, 2014

*James F. Holderman*
JAMES F. HOLDERMAN
United States District Judge